STEPTOE & JOHNSON LLP

ATTORNEYS AT LAW

Evan T. Barr
Tel 212.506.3918
Fax 212.506.3961
ebarr@steptoe.com

1114 Avenue of the Americas
New York, NY 10036
Tel 212.506.3900
Fax 212.506.3950
steptoe.com



May 23, 2012

By Hand Delivery

Honorable Deborah A. Batts
United States District Judge
Southern District of New York
500 Pearl Street, Room 2510
New York, New York 10007

   Re: <u>United States v. Samir Barai</u>
     11 Cr. 116 (DAB)

Dear Judge Batts:

  Defendant Samir Barai, through counsel, respectfully submits this letter requesting permission to modify his bail conditions to permit travel throughout the continental United States.

  Mr. Barai was arrested and presented on February 8, 2011 on a complaint charging him with securities fraud and other offenses. Mr. Barai was released on a personal recognizance bond of $1 million, secured by two co-signers and $500,000 in real property. In addition, Mr. Barai was ordered to surrender his passport. Travel was restricted to the SDNY, EDNY and District of New Jersey.

  On May 27, 2011, Mr. Barai pled guilty, pursuant to a cooperation agreement, to a four-count information. Bail was continued as previously set.

  At this time, the defense requests that the Court modify the terms of release to permit Mr. Barai to travel throughout the continental United States in order to pursue various potential

STEPTOE & JOHNSON LLP

Honorable Deborah A. Batts
May 23, 2012
Page - 2 -

business opportunities.  We have spoken to AUSA Avi Weitzman and to Mr. Barai's Pre-trial
Services Officer, Dina Naftaliev, and both have consented to this request.

Respectfully submitted,

Evan T. Barr

cc:    Avi Weitzman, AUSA
       Dina Naftaliev, PTS

SO ORDERED this _24_ day of May, 2012.

Honorable Deborah A. Batts
United States District Judge